MARK E. CARRILLO (SBN 217535)
Law Office of Mark E. Carrillo
7268 Shepard Mesa Road
Carpinteria, California 93013
Telephone (310) 922-1895
Facsimile (310) 933-1635
mecesquire@gmail.com

Attorney for Debtor and Debtor-In-Possession

**FILED & ENTERED**

**MAR 01 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MOKHIM RASOOLI,<br><br>                  Debtor. | Case No. 1:20-bk-11205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART, AND DENYING IN PART, AMENDED MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. § 363(M)**<br><br>Hearing:<br>Date:    February 9, 2021<br>Time:   11:30 a.m.<br>Place:   Courtroom 1639<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

    A hearing was held at the above time and place on the "Amended Motion for Order Authorizing Sale of Real Property: (A) Outside the Ordinary Course of Business; (B) Free and Clear of Liens, Claims, and Encumbrances; (C) Subject to

Overbid; and (D) For Determination of Good Faith Purchaser Under 11 U.S.C. § 363(m)" (the "Motion," Docket No. 106).  Appearances were noted on the record.  The court having reviewed and considered the Motion, the record in this case, and the statements of counsel on the record, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the Motion is granted in part and denied in part as follows:

1. The sales approved herein are not free and clear of interests as Mokhim Rasooli (the "Debtor") has not established a valid basis for doing so under 11 U.S.C. § 363(f);

2. The sale of 7435 McLennan Avenue, Van Nuys, CA 91406 is not approved.  A separate order denying, without prejudice, that part of the Motion will be entered by the court;

3. Pursuant to 11 U.S.C. §363(b)(1), the Debtor is authorized to sell outside the ordinary course of business in accordance with the terms of this order and the 7421 McLennan Purchase Agreement[1] and the 7429 McLennan Purchase Agreement, each attached to the Motion (the "Sales"), the following real properties of Debtor's bankruptcy estate (the "Estate"):

    a. That real property commonly known as 7421 McLennan Avenue, Van Nuys, CA 91406, with Assessor's Parcel Number: 2226-029-016, and legally described as: "The Land Referred To Herein Is Situated In The County Of Los Angeles, State Of California, And Is Described As Follows: Lot 5 Of Tract Map 69122, In The City Of Los Angeles, County Of Los Angeles, State Of California, As Per Map Recorded In Book 1402 Pages 21 To 25, Of Maps, In The Office Of The County

---

[1] All terms not defined in this order are used as defined in the Motion.

Recorder Of Said County.  Assessor's Parcel Number: 2226-029-016" ("7421 McLennan");

    b. That real property commonly known as 7429 McLennan Avenue, Van Nuys, CA 91406, with Assessor's Parcel Number: 2226-029-015, and legally described as: "All that certain real property situated in the County of Los Angeles, State of California, described as follows: Lot 4 of Tract Map 69122, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 1402 Pages 21 to 25, of Maps, in the office of the County Recorder of said County. Assessor's Parcel Number: 2226-029-015" ("7429 McLennan").

4. The Sales will be consummated through escrows pending at Wood Ranch Escrow, Inc. ("Escrow");

5. Zofran Tofanyan of 10804 Otsego St, Apt. 4, North Hollywood, CA 91601 is the approved buyer of 7421 McLennan ("7421 Purchaser") for $870,000, pursuant to the terms and conditions of the 7421 McLennan Purchase Agreement;

6. Angel and Claire Rosa of 1021 N. Orange Grove Ave, #8, West Hollywood, CA 90046 are the approved purchasers of 7429 McLennan ("7429 Purchasers") for $870,000.00, pursuant to the terms and conditions of the 7429 McLennan Purchase Agreement;

7. The 7421 Purchaser and 7429 Purchasers are found to be good faith purchasers, entitled to the protections set forth in 11 U.S.C. §363(m);

8. The Debtor is authorized to execute, on behalf of himself and the Estate, any and all documents necessary to sell and transfer 7421 McLennan and 7429 McLennan to the respective buyers, including, but not limited to, escrow instructions, and transfer deeds, as provided for in this Order;

9. As to the sale of 7421 McLennan, Debtor is authorized to pay through Escrow, and Escrow is authorized to disburse:

    a. Delinquent and prorated real property taxes owed as of the date of closing;

    b. Seller's reasonable and customary closing costs including the broker's commission not to exceed five percent (5%) of the sale's price, and other closing costs comprised of Taxes, Escrow Charges, Title Charges and Additional Disbursements as provided for in the Estimated Closing Statement attached to this Order as Exhibit 1;

    c. A sum not to exceed seven thousand two hundred thirty dollars ($7,230) to Wireman, Inc. to satisfy in full its mechanic's lien (instrument number 20200465646) that encumbers 7421 McLennan; and then,

    d. All net proceeds, including those noted as "Due to Seller" in Exhibit 1, are to be paid to K.A.R. Properties, Inc. Defined Benefit Pension Plan ("KAR").

No other disbursements shall occur.  Nothing shall be paid to Naulu Construction, which has provided or will provide a release of its mechanic's lien purporting to encumber the 7421 McLennan.

10. As to the sale of 7429 McLennan, Debtor is authorized to pay, through Escrow, and Escrow is authorized to disburse,

    a. Delinquent and prorated real property taxes owed as of the date of closing;

    b. Seller's reasonable and customary closing costs including the broker's commission not to exceed five percent (5%) of the sale's price, and other closing costs comprised of Taxes, Escrow Charges, Title Charges and Additional Disbursements, provided for in the

    Estimated Closing Statement attached to this Order as Exhibit 2; and then,

  c. All net proceeds, including those noted as "Due to Seller" in Exhibit 2, shall be paid to KAR.

No other disbursements shall occur. Nothing shall be paid to Naulu Construction, which has provided or will provide a release of its mechanic's lien purporting to encumber the 7429 McLennan;

11. The net proceeds from the sales of 7421 McLennan and 7429 McLennan must be paid to KAR notwithstanding disputes, if any, Debtor has or may have as to the amounts owed to KAR secured by all of Debtor's real properties. The court makes no ruling on, and this order is without prejudice to, any such disputes;

12. This order does not change, modify, alter or amend the terms and conditions of the loan documents by and between Debtor and KAR. Nothing in this order requires KAR to apply the net proceeds received from the sales of 7421 McLennan and 7429 McLennan in any particular manner or method. The amounts due, owing and unpaid to KAR, after receipt of said net proceeds, shall remain secured by, to the same extent validity and priority of, KAR's liens encumbering Debtor's other real properties, i.e. 7435 McLennan Avenue, 7424 Balboa Boulevard and 7430 Balboa Boulevard, arising from deeds of trust and modification agreements, including those recorded in the Los Angeles County as instrument nos. 20160751092, 20170862050, 20180177653, 2018087848, 20190321442, and 20190739527;

13. The amount paid to Wireman, Inc. from the sale of 7421 McLennan is without prejudice to any disputes the Debtor has or may have as to the amount owed to Wireman, Inc. This court makes no ruling on, and is without prejudice to, any such disputes; and

14. The 14-day stay regarding the effectiveness of this Order is waived.

### ###

Date: March 1, 2021

Deborah J. Saltzman
United States Bankruptcy Judge

| 1 | |
|---|---|
| 2 | Order presented by: |
| 3 | _____  Date: 2/23/2021 |
| 4 | Mark E. Carrillo<br>Counsel for Debtor |
| 5 | |
| 6 | |
| 7 | |
| 8 | Approved as to form and content: |
| 9 | _____  Date: 2/23/21 |
| 10 | Eric Alan Mitnick<br>Attorney for Secured Creditor |
| 11 | K.A.R. Properties, Inc. Defined<br>Benefit Pension Plan |
| 12 | |

7

# EXHIBIT "1"

# WOOD RANCH ESCROW, INC.

543 COUNTRY CLUB DRIVE, SUITE H
SIMI VALLEY, CA 93065
PHONE: (805) 582-1121 ✦ FAX: (805) 582-7463

### SELLER'S CLOSING STATEMENT
Estimated

File No.: 20-9290-CV   Printed Date/Time: 02/19/2021 - 2:56:57PM
Officer/Escrow Officer: Caroline Van Scoy   Page   1 of 1
Closing Date:
Disbursement Date:

Buyer/Borrower: Zohrab Tofanyan and Narine Hakobyan
10804 Otsego Street Apt 4, N Hollywood, CA 91601

Seller: Mokhim Rasooli
7421 N. McLennan Ave., (Lake Balboa Area), Los Angeles, CA 91406

Property: 7421 N. McLennan Ave., (Lake Balboa Area), Los Angeles, CA 91406

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| TOTAL CONSIDERATION | | 870,000.00 |
| COMMISSION(S): | | |
| Listing Broker: Seven Star Properties | 21,750.00 | |
| Selling Broker: Markarian Realty Group | 21,750.00 | |
| TITLE CHARGES | | |
| Owner's Premium for 870,000.00: Lawyers Title Company | 2,285.00 | |
| Sub Escrow Fee: Lawyers Title Company | 62.50 | |
| City Transfer Tax: Lawyers Title Company | 3,915.00 | |
| County Transfer Tax: Lawyers Title Company | 957.00 | |
| Wire/Express: Lawyers Title Company | 30.00 | |
| Misc.rec fee for affidavits-est.: Lawyers Title Company | 60.00 | |
| ESCROW CHARGES TO: Wood Ranch Escrow, Inc. | | |
| Settlement Agent Fee | 2,425.00 | |
| Document Preparation Fee | 225.00 | |
| Wire Fee | 25.00 | |
| LOAN PAYOFF: Wiremen Inc. | | |
| Principal Balance-NEED ACTUAL DEMAND       7,230.00 | | |
| Total Loan Payoff | 7,230.00 | |
| TAXES: | | |
| 1st and 2nd 1/2 property taxes 2020-21 to: Los Angeles County Tax Collector | 7,221.80 | |
| defaulted taxes year 2019-20, good thru 4/30 to: Los Angeles County Tax Collector | 6,960.96 | |
| ADDITIONAL DISBURSEMENTS: | | |
| Title-Notary Signing Fee: To Be Determined | 60.00 | |
| Home Owner's Warranty: To Be Determined | 450.00 | |
| Natural Hazard Report Fee: MyNHD, Inc. | 94.95 | |
| processing/transaction fee: Seven Star Properties | 300.00 | |
| 9a report: Department Of Building & Safety | 70.85 | |
| Retrofit Cert filing fee: Dept. Of Water & Power | 15.00 | |
| Retrofit unknown: TBD | 1.00 | |
| SUBTOTALS | 75,889.06 | 870,000.00 |
| DUE TO SELLER | 794,110.94 | |
| TOTALS | 870,000.00 | 870,000.00 |

EXHIBIT "2"

# WOOD RANCH ESCROW, INC.

543 COUNTRY CLUB DRIVE, SUITE H
SIMI VALLEY, CA 93065
PHONE: (805) 582-1121 ✦ FAX: (805) 582-7463

## SELLER'S CLOSING STATEMENT
Estimated

**File No.:** 20-9264-CV
**Officer/Escrow Officer:** Caroline Van Scoy

**Printed Date/Time:** 02/19/2021 - 2:58:46PM
Page    1 of 1
**Closing Date:** 12/09/2020
**Disbursement Date:**

**Buyer/Borrower:** Angel J. Rosa and Claire F. Rosa
1021 N. Orange Grove Ave   APT 8, West Hollywood, CA

**Seller:** Mokhim Rasooli

**Property:** 7429 North McLennan Ave., (Lake Balboa Area), Los Angeles, CA  91406

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| TOTAL CONSIDERATION | | 870,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Seller Credit to Buyer | 20,000.00 | |
| **COMMISSION(S):** | | |
| Listing Broker: Seven Star Properties | 21,750.00 | |
| Selling Broker: Nourmand & Associates | 21,750.00 | |
| **TITLE CHARGES** | | |
| Owner's Premium for 870,000.00: Lawyers Title Company | 2,285.00 | |
| Sub Escrow Fee: Lawyers Title Company | 62.50 | |
| City Transfer Tax: Lawyers Title Company | 3,915.00 | |
| County Transfer Tax: Lawyers Title Company | 957.00 | |
| Wire/Express: Lawyers Title Company | 30.00 | |
| Misc.rec fee for affidavits-est.: Lawyers Title Company | 60.00 | |
| **ESCROW CHARGES TO: Wood Ranch Escrow, Inc.** | | |
| Settlement Agent Fee | 2,425.00 | |
| Document Preparation Fee | 225.00 | |
| Wire Fee | 25.00 | |
| **TAXES:** | | |
| Defaulted taxes 2019-20 good thru 4/30 to: Los Angeles County Tax Collector | 7,288.45 | |
| 1st and 2nd half taxes to: Los Angeles County Tax Collector | 6,865.41 | |
| **ADDITIONAL DISBURSEMENTS:** | | |
| Title-Notary Signing Fee: To Be Determined | 60.00 | |
| Home Owner's Warranty: To Be Determined | 650.00 | |
| Natural Hazard Report Fee: MyNHD, Inc. | 94.95 | |
| processing/transaction fee: Seven Star Properties | 300.00 | |
| 9A report: Department Of Building & Safety | 70.85 | |
| Retrofit Cert filing fee: Dept. Of Water & Power | 15.00 | |
| Retrofit unknown: TBD | 1.00 | |
| SUBTOTALS | 88,830.16 | 870,000.00 |
| DUE TO SELLER | 781,169.84 | |
| TOTALS | 870,000.00 | 870,000.00 |

Mokhim Rasooli